IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>**KEILON L. MADGE,**<br>**a.k.a.** "**Kilo**,"<br>[DOB: 02/06/1975],<br><br>        Defendant. | Case No. _____<br><br>**COUNT ONE**:<br>21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846<br>NLT 5 Years Imprisonment<br>NMT 40 Years Imprisonment<br>NMT $5,000,000 Fine<br>NLT 4 Years Supervised Release<br>Class B Felony<br><br>**COUNTS TWO and THREE:**<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)<br>NLT 5 Years Imprisonment<br>NMT $5,000,000 Fine<br>NLT 4 Years Supervised Release<br>Class B Felony<br><br>$100 Special assessment per count of conviction |

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or between June 29, 2011, and August 3, 2011, said dates being approximate, in the Western District of Missouri, and elsewhere, the defendant **KEILON L. MADGE**, did knowingly and intentionally, combine, conspire, confederate and agree with others both known and unknown to the Grand Jury, to distribute twenty eight (28) grams or more of cocaine base (*i.e.* "crack"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); contrary to the provisions of Title 21 United States Code, Section 846.

**COUNT TWO**

On or about July 19, 2011, in the Western District of Missouri, **KEILON L. MADGE**, defendant herein, did knowingly and intentionally distribute twenty eight (28) grams or more of

cocaine base ("crack"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

On or about August 3, 2011, in the Western District of Missouri, **KEILON L. MADGE**, defendant herein, did knowingly and intentionally distribute twenty eight (28) grams or more of cocaine base ("crack"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

\_\_\_/s/ Laurie A. Payne_____
FOREPERSON OF THE GRAND JURY

\_\_\_/s/ Stefan C. Hughes_____
Stefan C. Hughes
Assistant United States Attorney

Dated: \_\_5/25/16_____
Kansas City, Missouri

2

Case 4:16-cr-00182-DGK   Document 1   Filed 05/25/16   Page 2 of 2